UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BYRONDA C. LEGARDYE, ) | |
|    Plaintiff, ) | |
| ) | No. 22 C 1443 |
| v. ) | |
| ) | Magistrate Judge Fuentes |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
|    Defendant. ) | |

**JOINT MOTION FOR ENTRY OF JUDGMENT AND DISMISSAL WITH PREJUDICE**

Plaintiff, Byronda C. Legardye, and defendant, Acting Commissioner of Social Security, by and through their respective counsel, hereby move to dismiss this matter with prejudice.

On September 21, 2022, this court ordered that this case be remanded for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g). Although the case was closed administratively on the court's docket, the court retained jurisdiction over the action. *See Shalala v. Schaefer*, 509 U.S. 292, 297 (1993). Upon consideration of all additional evidence, the Social Security Administration found in plaintiff's favor and notified her on November 18, 2022, that she was awarded monthly disability benefits as of September 1, 2019 (*see* attached decision).[1] The time has expired for plaintiff to file exceptions to the ALJ's decision and for the Appeals Council to review the case on its own motion. 20 C.F.R. § 416.1584. The case, therefore, is concluded.

---

[1] On remand, plaintiff amended her alleged onset date from March 2004 to September 2019.

Accordingly, the parties now jointly request that this court affirm the Commissioner's decision on remand and enter judgment dismissing the case with prejudice.

Respectfully submitted,

| | |
|---|---|
| By: s/ Cody Marvin <br> CODY MARVIN <br> Marvin & Associates, P.C. <br> 630 Davis Street, Suite 300 <br> Evanston, IL 60201 <br> (847) 864-0224 | JOHN R. LAUSCH, Jr. <br> United States Attorney <br><br> By: s/ Danielle Anne Phillip <br> DANIELLE ANNE PHILLIP <br> Assistant United States Attorney <br> 219 South Dearborn Street <br> Chicago, Illinois 60604 <br> (312) 886-2039 <br> danielle.phillip@usdoj.gov <br><br> Of Counsel: <br> MONA AHMED <br> Associate General Counsel <br><br> JANE KUCZEK <br> Attorney <br> Office of Program Litigation, Office 6 <br> Office of the General Counsel <br> Social Security Administration <br> 6401 Security Boulevard <br> Baltimore, Maryland 21235 <br> (410) 965-2327 <br> jane.kuczek@ssa.gov |